IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE<br>430 S. Capitol Street, S.E.<br>Washington, D.C. 20003,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br><br>Defendant | Case: 1:07-cv-00712<br>Assigned To : Huvelle, Ellen S.<br>Assign. Date : 4/19/2007<br>Description: DNC V USDOJ |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff Democratic National Committee ("DNC") files this complaint under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") for declaratory and injunctive relief, seeking the disclosure and release of agency records improperly withheld from plaintiffs by defendant United States Department of Justice ("DOJ"). As grounds, therefore, plaintiff alleges as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 and 5 U.S.C. §552(a)(4)(B)(FOIA).

2. Venue is proper in this district pursuant to 5 U.S.C. §552(a)(4)(B) and 28 U.S.C. §1391(e).

**PARTIES**

3. Plaintiff DNC is an unincorporated association which serves as the governing body of the Democratic Party of the United States and which is the national committee of the Democratic Party within the meaning of the Federal Election Campaign Act of 1971 as amended, 2 U.S.C. §431(14). The DNC's principal place of business is located at 430 S. Capitol Street, S.E., Washington, D.C. 20003.

4. Defendant DOJ is a department of the Executive Branch of the United States Government. Defendant DOJ's principal place of business is located at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

5. Defendant DOJ has possession, custody and control of the records sought by plaintiff pursuant to FOIA.

**FACTUAL ALLEGATIONS**

6. On March 19, 2007, the DNC sent to Melanie Ann Pustay, Acting Director of the DOJ Office of Information and Privacy, a letter signed by the DNC's Chairman, Governor Howard Dean, and co-signed by a number of other citizens, requesting, pursuant to FOIA:

> "(a) all documents in the possession, custody or control of the Office of Attorney General, Office of the Deputy Attorney General and Office of the Associate Attorney General, prepared on or after November 1, 2004, constituting, reflecting or referring to communications to or from or to any officer or employee of the Republican National Committee or any state or local Republican Party committee, referring, relating to or discussing (1) any prospective or ongoing investigation or prosecution; (2) initiating any investigation or prosecution; or (3) the appointment or termination of any United State Attorney; or (4) the

performance, work or activity of any United States Attorney or Office of United States Attorney; and

(b)  all e-mail messages in the possession, custody or control of the Office of Attorney General, Office of the Deputy Attorney General and Office of the Associate Attorney General, sent on or after November 1, 2004, to or from any e-mail address including the domain name 'GWB43.com.'"

7.  In its FOIA request, the DNC stated that it would pay any fees for searching or copying the requested records in accordance with the DOJ's FOIA fee regulations, 28 C.F.R. §16.11 (2006).

8.  As of April 18, 2007 Defendant DOJ has failed to acknowledge receipt of the DNC FOIA request.

9.  As of April 18, 2007 Defendant DOJ has failed to act on the DNC FOIA request and has failed to produce any of the requested records or to assert that the requested records are being withheld pursuant to any lawful FOIA exemption.

## COUNT I

10.  The allegations of paragraphs 1 through 11 hereof are incorporated herein by reference as if set forth in full.

11.  Pursuant to FOIA, 5 U.S.C. §552(a)(6)(A)(i), the response of defendant DOJ to the DNC's March 19, 2007 FOIA request was due within twenty (20) working days of DOJ's receipt of the request. Such response was therefore due on or before April 16, 2007. Within that time period, DOJ was required to determine whether to comply with the request and notify the DNC of that determination, the reasons therefore and the right to appeal any adverse determination.

12. Defendant DOJ has failed to comply with the time limit set forth in FOIA, 5 U.S.C. §552(a)(6)(A)(i), for making a determination on the DNC's FOIA request, and has also failed to provide to the DNC any written notice of any extension of that time limit pursuant to 5 U.S.C. §552(a)(6)(B). Defendant DOJ has also failed to acknowledge the DNC's FOIA request and provide an assigned request number as is customary under DOJ FOIA regulations. 28 C.F.R. § 16.6(a).

13. By reason of DOJ's failure to comply with the applicable time limit as set forth in paragraph 11 hereof, the DNC is deemed, pursuant to 5 U.S.C. §552(a)(6)(C)(i), to have exhausted its administrative remedies with respect to its March 19, 2007 FOIA request.

14. The requested records cannot lawfully be withheld from the DNC pursuant to any of the exemptions set forth in FOIA, 5 U.S.C. §552(b).

15. Pursuant to FOIA, 5 U.S.C. §552(a)(3), the DNC has a right of timely access to all of the documents requested in its March 19, 2007 FOIA request, and defendant DOJ has no legal basis for refusing to disclose to the DNC the documents requested by the DNC.

16. DOJ has, in violation of FOIA, wrongfully withheld the records requested by the DNC in its March 19, 2007 FOIA request and continues to refuse to disclose such records to the DNC, all in violation of FOIA.

WHEREFORE, plaintiff DNC requests that the Court:

1. Declare that defendant DOJ's refusal to disclose the documents requested by plaintiff is unlawful;

2. Enjoin defendant DOJ from withholding those requested agency records from plaintiff;

3. Order defendant DOJ to make the requested documents available to plaintiff;

5. Award plaintiff DNC its costs and attorneys' fees; and

6. Grant such other and further relief as is just and proper.

Respectfully submitted,

*(signature)*

Joseph E. Sandler
D.C Bar # 255919
Sandler Reiff & Young, P.C.
50 E Street, S.E. #300
Washington, D.C 20003
Tel: (202) 479-1111
Fax: (202) 479-1115

Amanda S. La Forge
D.C. Bar #491909
Chief Counsel
Democratic National Committee
430 S. Capitol St SE
Washington DC 20003
Tel (202) 863-8000
Fax (202) 479-6162

Attorneys for Plaintiff
Democratic National Committee

Dated: April 19, 2007

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Democratic National Committee

## DEFENDANTS
U.S. Department of Justice

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF — District of Columbi
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Joseph E. Sandler
Sandler, Reiff & Young, P.C.
50 E Street, S.E. # 300 Washington DC 20003
Tel: (202) 479-1111

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ◉ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ◉ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Freedom of Information Act--5 USC 552 --seeks release of Dept of Justice records relating to communications to/from RNC

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  April 19, 2007    SIGNATURE OF ATTORNEY OF RECORD  _/s/_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.