CO-386-online
10/03

# United States District Court
# For the District of Columbia

Democratic National Committee )
)
)
)
           vs      Plaintiff )    Civil Action No._____
)
United States Department of Justice )
)
)
          Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___Democratic National Committee___ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___Democratic National Committee___ which have

any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC Bar #255919
_____
BAR IDENTIFICATION NO.

Joseph E Sandler
_____
Print Name

Sandler, Reiff & Young 50 E St SE #300
_____
Address

Washington, DC             20003
_____
City        State        Zip Code

(202) 479-1111
_____
Phone Number