**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DEMOCRATIC NATIONAL
COMMITTEE
430 S. Capitol Street, S.E.
Washington, D.C.  20003

       Plaintiff,

      v.

UNITED STATES DEPARTMENT
OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20503

       Defendant.

Civil Action No. 07-712 (ESH)

**DEFENDANT'S ANSWER TO THE COMPLAINT**

Defendant United States Department of Justice, through undersigned counsel, hereby

answers the Complaint of Plaintiff Democratic National Committee.

**First Affirmative Defense**

Plaintiff has failed to state a claim upon which relief can be granted.

**Defendant's Responses to the Numbered Paragraphs**

Defendant answers the numbered paragraphs of the Complaint as follows:

1.    Paragraph 1 contains a legal conclusion to which no response is required.  To the

extent that a response is deemed necessary, Defendant admits that the Court has jurisdiction over

this action.

2.    Paragraph 2 contains a legal conclusion to which no response is required.  To the

extent that a response is deemed necessary, Defendant admits that venue is proper in this district.

3.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3.

4.      Defendant admits the allegations contained in Paragraph 4.

5.      Paragraph 5 contains a legal conclusion to which no response is required.  To the extent that a response is deemed necessary, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5.

6.      The allegations contained in Paragraph 6 constitute a characterization of Plaintiff's FOIA request dated March 19, 2007, to which no response is required.  To the extent that a response is deemed necessary, Defendant respectfully refers the Court to Plaintiff's FOIA request, which is attached hereto as Exhibit 1.

7.      The allegations contained in Paragraph 7 constitute a characterization of Plaintiff's FOIA request dated March 19, 2007, to which no response is required.  To the extent that a response is deemed necessary, Defendant respectfully refers the Court to Plaintiff's FOIA request, which is attached hereto as Exhibit 1.

8.      Defendant admits the allegations contained in Paragraph 8, but avers that it acknowledged receipt of Plaintiff's FOIA request by letter dated April 23, 2007, which is attached hereto as Exhibit 2.

9.      Defendant admits that it has not produced any records to Plaintiff in response to Plaintiff's FOIA request dated March 19, 2007, or asserted to Plaintiff that any records responsive to Plaintiff's FOIA request are being withheld pursuant to FOIA, but denies all remaining allegations contained in Paragraph 9.

10.    To the extent that Plaintiff incorporates by reference all preceding paragraphs into

Paragraph 10, Defendant respectfully refers the Court to its responses to those preceding

paragraphs.

11.    Defendant admits that 5 U.S.C. § 552(a)(6)(A)(i) requires Defendant to respond to a

FOIA request within twenty (20) working days of Defendant's receipt of such request, except in

unusual circumstances as set forth in 5 U.S.C. § 552(a)(6)(B), but denies all remaining

allegations contained in Paragraph 11.

12.    Defendant denies the allegations contained in Paragraph 12.

13.    Paragraph 13 contains a legal conclusion to which no response is required.  To the

extent that a response is deemed necessary, Defendant denies the allegations contained in

Paragraph 13.

14.    Paragraph 14 contains a legal conclusion to which no response is required.  To the

extent that a response is deemed necessary, Defendant is without knowledge or information

sufficient to form a belief as to the truth of the allegations contained in Paragraph 14.

15.    Paragraph 15 contains a legal conclusion to which no response is required.  To the

extent that a response is deemed necessary, Defendant is without knowledge or information

sufficient to form a belief as to the truth of the allegations contained in Paragraph 15.

16.    Paragraph 16 contains a legal conclusion to which no response is required.  To the

extent that a response is deemed necessary, Defendant denies the allegations contained in

Paragraph 16.

The final, unnumbered paragraph of the Complaint represents Plaintiff's request for relief to

which no response is required.  To the extent that a response is deemed necessary, Defendant

denies that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

Defendant hereby denies all allegations not expressly admitted or denied.

Dated:  May 30, 2007                              Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  JEFFREY A. TAYLOR
                                                  United States Attorney

                                                  JOHN R. TYLER (D.C. Bar No. 297713)
                                                  Senior Trial Counsel
                                                  Federal Programs Branch

                                                     /s/  Nicholas A. Oldham
                                                  Nicholas A. Oldham (D.C. Bar No. 484113)
                                                  Trial Attorney
                                                  U.S. Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  Mailing Address
                                                  P.O. Box 883
                                                  Washington, D.C.  20044
                                                  Delivery Address
                                                  20 Massachusetts Ave., N.W., Rm. 6134
                                                  Washington, D.C.  20001
                                                  Tel: (202) 514-3367
                                                  Fax: (202) 616-8470
                                                  nicholas.oldham@usdoj.gov

                                                  Attorneys for Defendant

# EXHIBIT 1



AG|07-Ro411
DAG|07-Ro412
ASG|07-Ro413
UA

DEMOCRATIC NATIONAL COMMITTEE

March 19, 2007

**By Hand**

Melanie Ann Pustay
Acting Director
Office of Information and Privacy
Department of Justice
Suite 11050
1425 New York Avenue., N.W.
Washington, D.C. 20530

OFFICE OF INFORMATION
AND PRIVACY

MAR 2 6 2007

**RECEIVED**

Re:    **Freedom of Information Act Request**

Dear Ms. Pustay:

This letter constitutes a request under the Freedom of Information Act, 5 U.S.C. §552 ("FOIA"), and is submitted by the undersigned individuals who are concerned about the widening scandal involving improper and potentially unlawful attempts, by the Bush White House, Republican Members of Congress and Republican party officials, to influence and interfere in ongoing criminal investigations being conducted by United States Attorneys and to influence the hiring and firing of U.S. Attorneys for partisan political reasons.

In addition to White House interference, and improper contacts from Republican Members of Congress, it was recently reported that a White House Deputy Political Director, using a Republican National Committee e-mail account, communicated with the Department of Justice about appointing a former aide to Karl Rove to be U.S. Attorney in Arkansas. And it was also reported that the then-Washington State Republican Party Chairman Chris Vance contacted then-U.S. Attorney John McKay (who was subsequently fired) about launching investigations of Democrats in connection with the 2004 gubernatorial election in that state.

We therefore request:

(a)     all documents in the possession, custody or control of the Office of Attorney General, Office of the Deputy Attorney General and Office of the Associate Attorney General, prepared on or after November 1, 2004, constituting, reflecting or referring to communications to or from or to any officer or employee of the Republican National Committee or any state or local Republican Party committee, referring, relating to or discussing (1) any

**Democratic Party Headquarters** ■ 430 South Capitol Street, SE ■ Washington, DC, 20003 ■ (202) 863-8000 ■ Fax (202) 863-8174
*Paid for by the Democratic National Committee. Contributions to the Democratic National Committee are not tax deductible.*
Visit our website at www.democrats.org.

 RECYCLED PAPER

Melanie Ann Pustay
Office of Information and Privacy
U.S. Department of Justice
March 19, 2007

prospective or ongoing investigation or prosecution; (2) initiating any investigation or prosecution; or (3) the appointment or termination of any United States Attorney; or (4) the performance, work or activity of any United States Attorney or Office of United States Attorney; and

(b)    all e-mail messages in the possession custody or control of the Office of Attorney General, Office of the Deputy Attorney General and Office of the Associate Attorney General, sent on or after November 1, 2004, to or from any e-mail address including the domain name "GWB43.com."

The undersigned requestors fall in the category of "other requestors" for purposes of FOIA and the Department's FOIA fee regulations. On behalf of the undersigned requestors, the Democratic National Committee will pay any fees for searching or copying the requested records.

We look forward to your response within twenty (20) working days as the law requires. If you have any questions or need any further information concerning this request, please contact the first signatory below, Governor Howard Dean. Thank you for your prompt attention to this important matter.

Sincerely,

Governor Howard Dean
National Chair

# EXHIBIT 2

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                        *Washington, D.C. 20530*


APR 2 3 2007

Governor Howard Dean
National Chair
Democratic National Committee                Re:    AG/07-R0411
Democratic Party Headquarters                       DAG/07-R0412
430 South Capitol Street, SE                        ASG/07-R0413
Washington, D.C.  20003                             MLF:VRB:UA

Dear Governor Dean:

        This is to acknowledge receipt of your letter dated March 19, 2007, which was received in
this Office on March 26, 2007, in which you requested records "prepared on or after November 1,
2004, constituting, reflecting, or referring to communications to and from . . . any officer or
employee of the Republican National Committee or any state or local Republican Party committee
referring, relating to or discussing (1) any prospective or ongoing investigation or prosecution;
(2) initiating any investigation or prosecution; or (3) the appointment or termination of any United
States Attorney; or (4) the performance, work or activity of any United States Attorney or Office of
United States Attorney."   You also requested e-mail messages "sent on or after November 1, 2004,
to or from any e-mail address including the domain name 'GWB43.com'."  This response is made
on behalf of the Offices of the Attorney General, Deputy Attorney General, and Associate Attorney
General.

        Because the records you seek require searches in other offices, our staff has not yet been able
to complete our searches to determine whether there are records within the scope of your request.
Accordingly, we will be unable to comply with the twenty-working-day time limit in this case, as
well as the ten additional days provided by the statute.  In an effort to speed up our records searches,
you may wish to narrow the scope of your request to limit the number of potentially responsive
records or agree to an alternative time frame for processing, should records be located; or you may
wish to await the completion of our records searches to discuss either of these options.

        In accordance with Department of Justice regulation 28 C.F.R. § 16.3(c) (2006), this letter
also confirms your agreement to incur all applicable fees involved in the processing of your request,
up to the amount of $25.  We will notify you if we estimate that fees will exceed this amount.

        I regret the necessity of this delay, but I assure you that your request will be processed as
soon as possible.  If you have any questions or wish to discuss reformulation or an alternative time

- 2 -

frame for the processing of your request, you may contact me by telephone at the above number or you may write to me at the above address.

Sincerely,

*Usman Ahmad*

Usman Ahmad
FOIA Specialist

- 2 -