IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>      Defendant. | Civil Action No. 07-712 (ESH) |

## JOINT MEET AND CONFER STATEMENT

Pursuant to the teleconference held with the Court on June 1, 2007, the parties have conferred and hereby submit this joint report.

1.     This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, as well as agency FOIA regulations. Plaintiff the Democratic National Committee alleges that the Defendant United States Department of Justice has violated FOIA in connection with Plaintiff's March 19, 2007 FOIA request to the Defendant. Defendant denies that it has violated FOIA.

2.     In response to the Court's suggestion during the teleconference, the parties have negotiated the scope of Plaintiff's FOIA request and have agreed to limit the number of custodians of record for which the Defendant must search.

3.     Defendant has made substantial progress in identifying potentially responsive documents, but its search is not yet completed.

4.     Given that Defendant has not yet completed its processing of Plaintiff's FOIA request, counsel believe that it is premature to propose a scheduling timeline for the filing of

dispositive motions. Instead, counsel have conferred and have agreed that Defendant will complete its initial processing of Plaintiff's request by July 31, 2007 (i.e., Defendant will complete its search for and identification of responsive documents). After it identifies the responsive documents, Defendant will need to engage in a substantive review of the documents to determine their releasability under FOIA. Defendant also agrees to provide Plaintiff with an interim response on July 31, 2007.

     5. In light of the agreed-upon schedule for completing initial processing of Plaintiff's FOIA request, the parties request that their time for submitting any proposed schedule for the briefing of dispositive motions be deferred until August 31, 2007, approximately four weeks after Defendant completes its initial processing of Plaintiff's FOIA request. At that time, Defendant will be in a position to estimate what, if any, additional time is required for completing its substantive review of the responsive documents, and the parties will be in a better position to evaluate what issues remain for litigation and to propose an appropriate process for resolving those issues. Defendant also agrees to provide Plaintiff with an interim response on August 31, 2007.

Respectfully submitted,

| | |
|---|---|
| /s/  Joseph E. Sandler | PETER D. KEISLER |
| Joseph E. Sandler | Assistant Attorney General |
| D.C. Bar # 255919 | |
| Sandler Reiff & Young, P.C. | JEFFREY A. TAYLOR |
| 50 E Street, S.E. #300 | United States Attorney |
| Washington, D.C.  20003 | |
| Tel: (202) 479-1111 | JOHN R. TYLER (D.C. Bar No. 297713) |
| Fax: (202) 479-1115 | Senior Trial Counsel |
| | Federal Programs Branch |
| Attorneys for Plaintiff | |
| | /s/  Nicholas A. Oldham |
| | Nicholas A. Oldham (D.C. Bar No. 484113) |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | <u>Mailing Address</u> |
| | P.O. Box 883 |
| | Washington, D.C.  20044 |
| | <u>Delivery Address</u> |
| | 20 Massachusetts Ave., N.W., Rm. 6134 |
| | Washington, D.C.  20001 |
| | Tel: (202) 514-3367 |
| | Fax: (202) 616-8470 |
| | nicholas.oldham@usdoj.gov |
| | |
| | Attorneys for Defendant |

Date:  June 27, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>          Defendant. | Civil Action No. 07-712 (ESH) |

**[PROPOSED] ORDER**

HAVING CONSIDERED the Parties' Joint Meet and Confer Statement, it is hereby this

____ day of June 2007, **ORDERED** that:

1. The Defendant shall complete its initial processing of Plaintiff's Freedom of Information Act request on or before July 31, 2007.

2. The Defendant shall provide Plaintiff with an interim response on or before July 31, 2007, and an interim response on or before August 31, 2007.

3. The parties shall submit a proposed schedule for the briefing of dispositive motions on or before August 31, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE