**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DEMOCRATIC NATIONAL COMMITTEE

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE

Defendant.

Civil Action No. 07-712 (ESH)

**JOINT BRIEFING SCHEDULE STATEMENT**

Pursuant to the parties' Joint Meet and Confer Statement and the Court's minute order entered on June 27, 2007, the parties have conferred and hereby submit this joint report.

1. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, as well as agency FOIA regulations. Plaintiff the Democratic National Committee alleges that the Defendant United States Department of Justice has violated FOIA in connection with Plaintiff's March 19, 2007 FOIA request to the Defendant. Defendant denies that it has violated FOIA.

2. The parties filed a Joint Meet and Confer Statement on June 27, 2007 (dkt. no. 4), notifying the Court that Defendant had made substantial progress in identifying documents potentially responsive to Plaintiff's FOIA request, but its search was not yet completed. Accordingly, among other things, the parties agreed to defer the time for submitting any proposed schedule for the briefing of dispositive motions until August 31, 2007, at which time Defendant would be in a position to estimate what additional time was required for completing

its substantive review of the responsive documents. The Court entered the parties' proposed schedule by minute order dated June 27, 2007.

3. Defendant has completed its search for documents potentially responsive to Plaintiff's FOIA request, but it has not yet completed its processing of those documents. Defendant anticipates that it will be able to complete processing of Plaintiff's FOIA request and prepare a draft *Vaughn* index by October 31, 2007. Accordingly, the parties have agreed that Defendant will produce documents that are not withheld under FOIA as they become available on a rolling basis, and that Defendant will complete its processing of Plaintiff's FOIA request and provide Plaintiff with a draft *Vaughn* index by October 31, 2007. Because this schedule is based on Defendant's current estimate as to its ability to resolve Plaintiff's FOIA request, Defendant may seek more time from the Court if necessary to complete processing of the FOIA request. At this time, Plaintiff will not agree to any extension in the processing schedule beyond October.

4. In light of the agreed-upon processing schedule, the parties propose the following briefing schedule:

| | |
|---|---|
| December 7, 2007 | Defendant's Dispositive Motion |
| December 21, 2007 | Plaintiff's Opposition to Defendant's Dispositive Motion |
| January 11, 2008 | Defendant's Reply to Plaintiff's Opposition |

This briefing schedule will provide the parties with an opportunity to discuss any issues that might arise with the draft *Vaughn* index and to narrow the issues for the Court to resolve, and will allow the Department sufficient time to finalize the *Vaughn* index, draft its dispositive motion, and prepare its supporting declaration(s).

Respectfully submitted,

/s/ Joseph E. Sandler
Joseph E. Sandler
D.C. Bar # 255919
Sandler Reiff & Young, P.C.
50 E Street, S.E. #300
Washington, D.C. 20003
Tel: (202) 479-1111
Fax: (202) 479-1115

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN R. TYLER (D.C. Bar No. 297713)
Senior Trial Counsel
Federal Programs Branch

/s/ Nicholas A. Oldham
Nicholas A. Oldham (D.C. Bar No. 484113)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Mailing Address
P.O. Box 883
Washington, D.C. 20044
Delivery Address
20 Massachusetts Ave., N.W., Rm. 6134
Washington, D.C. 20001
Tel: (202) 514-3367
Fax: (202) 616-8470
nicholas.oldham@usdoj.gov

Attorneys for Defendant

Date: August 31, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DEMOCRATIC NATIONAL COMMITTEE

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE

Defendant.

Civil Action No. 07-712 (ESH)

**[PROPOSED] ORDER**

HAVING CONSIDERED the Parties' Joint Briefing Schedule Statement, it is hereby this ____ day of August 2007, **ORDERED** that:

1. The Defendant shall complete its processing of Plaintiff's Freedom of Information Act request on or before October 31, 2007.

2. The Defendant shall provide Plaintiff with a draft *Vaughn* index on or before October 31, 2007.

3. The Defendant shall file its dispositive motion on or before December 7, 2007.

4. The Plaintiff shall file its opposition to Defendant's dispositive motion on or before December 21, 2007.

5. The Defendant shall file its reply to Plaintiff's opposition on or before January 11, 2008.

______________________________
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE