IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>　　　　Defendant. | Civil Action No. 07-712 (ESH) |

**JOINT BRIEFING SCHEDULE STATEMENT**

　　Pursuant to the parties' Joint Meet and Confer Statement and the Court's minute order entered on June 27, 2007, the parties have conferred and hereby submit this joint report.

　　1.　　This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, as well as agency FOIA regulations. Plaintiff the Democratic National Committee alleges that the Defendant United States Department of Justice has violated FOIA in connection with Plaintiff's March 19, 2007 FOIA request to the Defendant. Defendant denies that it has violated FOIA.

　　2.　　The parties filed a Joint Meet and Confer Statement on June 27, 2007 (dkt. no. 4), notifying the Court that Defendant had made substantial progress in identifying documents potentially responsive to Plaintiff's FOIA request, but its search was not yet completed. Accordingly, among other things, the parties agreed to defer the time for submitting any proposed schedule for the briefing of dispositive motions until August 31, 2007, at which time Defendant would be in a position to estimate what additional time was required for completing

its substantive review of the responsive documents. The Court entered the parties' proposed schedule by minute order dated June 27, 2007.

3. On August 31, 2007, Defendant notified the Court that it had completed its search for documents potentially responsive to Plaintiff's FOIA request, but it had not yet completed its processing of those documents. Accordingly, the parties agreed that Defendant would produce documents that are not withheld under FOIA as they become available on a rolling basis, and that, based on Defendant's then current estimate as to its ability to resolve Plaintiff's FOIA request, Defendant would complete its processing of Plaintiff's FOIA request and provide Plaintiff with a draft *Vaughn* index by October 31, 2007.

4. Defendant has not yet completed the processing of those documents potentially responsive to Plaintiff's FOIA request. Defendant has, however, continued to produce additional documents, not withheld under FOIA, to Plaintiff on October 23, 2007, and on October 31, 2007. The parties have agreed Defendant will complete its processing of Plaintiff's FOIA request and provide Plaintiff with a draft *Vaughn* index by November 16, 2007.

5. In light of the agreed-upon processing schedule, the parties will maintain the current dispositive briefing schedule:

        December 7, 2007    Defendant's Dispositive Motion

        December 21, 2007    Plaintiff's Opposition to Defendant's Dispositive Motion

        January 11, 2008    Defendant's Reply to Plaintiff's Opposition

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph E. Sandler | PETER D. KEISLER |
| Joseph E. Sandler | Assistant Attorney General |
| D.C. Bar # 255919 | |
| Sandler Reiff & Young, P.C. | JEFFREY A. TAYLOR |
| 50 E Street, S.E. #300 | United States Attorney |
| Washington, D.C. 20003 | |
| Tel: (202) 479-1111 | JOHN TYLER (D.C. Bar No. 297713) |
| Fax: (202) 479-1115 | Senior Trial Counsel |
| | Federal Programs Branch |
| Attorneys for Plaintiff | /s/ Nicholas A. Oldham |
| | Nicholas A. Oldham (D.C. Bar No. 484113) |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | <u>Mailing Address</u> |
| | P.O. Box 883 |
| | Washington, D.C. 20044 |
| | <u>Delivery Address</u> |
| | 20 Massachusetts Ave., N.W., Rm. 6134 |
| | Washington, D.C. 20001 |
| | Tel: (202) 514-3367 |
| | Fax: (202) 616-8470 |
| | nicholas.oldham@usdoj.gov |
| | |
| | Attorneys for Defendant |

Date: October 31, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>      Defendant. | Civil Action No. 07-712 (ESH) |

### [PROPOSED] ORDER

HAVING CONSIDERED the Parties' Joint Briefing Schedule Statement, it is hereby this ____ day of October 2007, **ORDERED** that:

1. The Defendant shall complete its processing of Plaintiff's Freedom of Information Act request on or before November 16, 2007.

2. The Defendant shall provide Plaintiff with a draft *Vaughn* index on or before November 16, 2007.

3. The dispositive briefing schedule shall remain unchanged.

4. The Defendant shall file its dispositive motion on or before December 7, 2007.

5. The Plaintiff shall file its opposition to Defendant's dispositive motion on or before December 21, 2007.

6. The Defendant shall file its reply to Plaintiff's opposition on or before January 11, 2008.

 

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE