IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>    Defendant. | Civil Action No. 07-712 (ESH) |

**JOINT BRIEFING SCHEDULE STATEMENT**

The parties have conferred and hereby submit this joint report.

1.      This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, as well as agency FOIA regulations. Plaintiff the Democratic National Committee alleges that the Defendant United States Department of Justice has violated FOIA in connection with Plaintiff's March 19, 2007 FOIA request to the Defendant. Defendant denies that it has violated FOIA.

2.      The parties filed Joint Meet and Confer Statements on June 27, 2007 (dkt. no. 4), August 31, 2007 (dkt. no. 5), and October 31, 2007 (dkt. no. 6), apprising the Court of the status of the Defendant's processing of Plaintiff's FOIA request. Based on the Court's Minute Order entered on November 1, 2007, approving the parties' proposed schedule contained in their October 31, 2007 Meet and Confer Statement, the Defendant must complete its processing of Plaintiff's FOIA request and provide Defendant with a draft *Vaughn* index by November 16, 2007. Moreover, the Defendant's dispositive motion is due on December 7, 2007, the Plaintiff's opposition on December 21, 2007, and the Defendant's reply on January 11, 2008.

3.	Defendant has made a good faith effort to complete its processing of Plaintiff's FOIA request by November 16, 2007.  However, in light of unanticipated logistical difficulties including the transition to a new Attorney General, Defendant will not be able to complete processing of Plaintiff's FOIA request until November 20, 2007.  Accordingly, the parties request that the Court enter an order requiring Defendant to complete its processing of Plaintiff's FOIA request and provide Plaintiff with a draft *Vaughn* index on or before November 20, 2007.

4.	In order to provide the parties with an opportunity to discuss any issues that might arise with the draft *Vaughn* index and to narrow the issues for the Court to resolve, and to provide the Defendant with sufficient time to finalize the *Vaughn* index, draft its dispositive motion, and prepare its supporting declaration(s), the parties may need to file a revised proposed briefing schedule.  Accordingly, the parties request that the Court vacate the current briefing schedule so that the parties may confer further after Defendant completes its processing of Plaintiff's FOIA request and provides Plaintiff with a draft *Vaughn* index.  The parties would file a revised proposed briefing schedule no later than November 26, 2007, if necessary.

Respectfully submitted,

| | |
|---|---|
|   /s/  Joseph E. Sandler<br>Joseph E. Sandler<br>D.C. Bar # 255919<br>Sandler Reiff & Young, P.C.<br>50 E Street, S.E. #300<br>Washington, D.C.  20003<br>Tel: (202) 479-1111<br>Fax: (202) 479-1115<br><br>Attorneys for Plaintiff | PETER D. KEISLER<br>Assistant Attorney General<br><br>JEFFREY A. TAYLOR<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Assistant Director<br>Federal Programs Branch<br><br>  /s/  Nicholas A. Oldham<br>Nicholas A. Oldham (D.C. Bar No. 484113)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br><u>Mailing Address</u><br>P.O. Box 883<br>Washington, D.C.  20044<br><u>Delivery Address</u><br>20 Massachusetts Ave., N.W., Rm. 6134<br>Washington, D.C.  20001<br>Tel: (202) 514-3367<br>Fax: (202) 616-8470<br>nicholas.oldham@usdoj.gov<br><br>Attorneys for Defendant |

Date:  November 16, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>            Defendant. | Civil Action No. 07-712 (ESH) |

**[PROPOSED] ORDER**

HAVING CONSIDERED the Parties' Joint Briefing Schedule Statement, it is hereby this

____ day of November 2007, **ORDERED** that:

1.   The Defendant shall complete its processing of Plaintiff's Freedom of Information Act request on or before November 20, 2007.

2.   The Defendant shall provide Plaintiff with a draft *Vaughn* index on or before November 20, 2007.

3.   The current briefing schedule is vacated. The parties shall file a revised proposed briefing schedule, if necessary, on or before November 26, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE