IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>　　　　Defendant. | Civil Action No. 07-712 (ESH) |

**JOINT BRIEFING SCHEDULE STATEMENT**

　　The parties have conferred and hereby submit this joint report.

　　1.　　This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, as well as agency FOIA regulations. Plaintiff the Democratic National Committee alleges that the Defendant United States Department of Justice has violated FOIA in connection with Plaintiff's March 19, 2007 FOIA request to the Defendant. Defendant denies that it has violated FOIA.

　　2.　　Pursuant to the parties' agreement as reflected in their Joint Meet and Confer Statement filed on November 16, 2007 (dkt. no. 7) and the Court's Minute Order entered on November 19, 2007, Defendant has completed its processing of Plaintiff's FOIA request and has provided Plaintiff with a draft *Vaughn* index. Plaintiff is currently reviewing Defendant's document production and draft *Vaughn* index and, in order to narrow the issues for the Court to resolve, Plaintiff has agreed to notify Defendant on or before December 21, 2007 whether it will challenge Defendant's search for responsive documents and what, if any, withholdings it will

challenge. Accordingly, pursuant to the parties' November 16 Joint Meet and Confer Statement and the Court's November 19 Minute Order, the parties propose the following briefing schedule:

    January 11, 2008    Defendant's Dispositive Motion

    February 1, 2008    Plaintiff's Opposition to Defendant's Dispositive Motion

    February 15, 2008    Defendant's Reply to Plaintiff's Opposition

    Respectfully submitted,

    /s/  Joseph E. Sandler
Joseph E. Sandler
D.C. Bar # 255919
Sandler Reiff & Young, P.C.
50 E Street, S.E. #300
Washington, D.C.  20003
Tel: (202) 479-1111
Fax: (202) 479-1115

Attorneys for Plaintiff

Jeffrey S. Bucholtz
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director
Federal Programs Branch

    /s/  Nicholas A. Oldham
Nicholas A. Oldham (D.C. Bar No. 484113)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C.  20044
<u>Delivery Address</u>
20 Massachusetts Ave., N.W., Rm. 6134
Washington, D.C.  20001
Tel: (202) 514-3367
Fax: (202) 616-8470
nicholas.oldham@usdoj.gov

Attorneys for Defendant

Date:  November 26, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>            Defendant. | Civil Action No. 07-712 (ESH) |

**[PROPOSED] ORDER**

HAVING CONSIDERED the Parties' Joint Briefing Schedule Statement, it is hereby this

____ day of November 2007, **ORDERED** that:

1. Plaintiff shall notify Defendant on or before December 21, 2007 whether it will challenge Defendant's search for responsive documents and what, if any, withholdings it will challenge.

2. The Defendant shall file its dispositive motion on or before January 11, 2008.

3. The Plaintiff shall file its opposition to Defendant's dispositive motion on or before February 1, 2008.

4. The Defendant shall file its reply to Plaintiff's opposition on or before February 15, 2008.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE