IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 07-712 (ESH) |

**JOINT BRIEFING SCHEDULE STATEMENT**

The parties have conferred and hereby submit this joint report.

1. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, as well as agency FOIA regulations. Plaintiff the Democratic National Committee alleges that the Defendant United States Department of Justice has violated FOIA in connection with Plaintiff's March 19, 2007 FOIA request to the Defendant. Defendant denies that it has violated FOIA.

2. Defendant has completed processing of Plaintiff's March 19, 2007 FOIA request described in ¶ 6 of the Complaint (dkt. no. 1). Pursuant to the parties' agreement as reflected in their Joint Meet and Confer Statement filed on November 16, 2007 (dkt. no. 7), and the Court's Minute Order entered on November 19, 2007, Defendant provided Plaintiff with a draft *Vaughn* index. Defendant also provided Plaintiff with draft *Vaughn* indices for the Executive Office for United States Attorneys (EOUSA), United States Department of Defense, United States Department of Homeland Security, United States Department of Health and Human Services, United States Department of Interior, and United States Department of Labor, who were referred

documents from Defendant for direct response to Plaintiff and who produced responsive documents with excisions under FOIA Exemptions 2 and 6.

3. Pursuant to the parties' agreement as reflected in their Joint Meet and Confer Statement filed on November 26, 2007 (dkt. no. 8), and the Court's Minute Order entered on November 27, 2007, Plaintiff notified Defendant on December 20, 2007 that it will not challenge Defendant's search for responsive documents.  Plaintiff also notified Defendant that it only intends to challenge Defendant's withholdings under FOIA Exemption 5, 5 U.S.C. § 552(b)(5), on the basis of presidential communications privilege, some of Defendant's withholdings under FOIA Exemption 5 on the basis of the deliberative process privilege, and EOUSA's withholdings under FOIA Exemption 6, 5 U.S.C. § 552(b)(6).  Upon further review of the withholdings that Plaintiff identified, and to further narrow the issues for the Court to resolve, Defendant intends to make a supplemental release of some of the documents identified by Plaintiff as in dispute.

4. The parties expect to file a joint stipulation before Defendant files its dispositive motion setting forth the issues remaining for the Court to resolve.

5. In light of the parties' efforts to narrow the issues for the Court and Defendant's supplemental release, and given the time necessary for Defendant to prepare its dispositive motion and supporting declarations, the parties propose the following revised briefing schedule:

| | |
|---|---|
| January 24, 2008 | Defendant's Dispositive Motion |
| February 14, 2008 | Plaintiff's Opposition to Defendant's Dispositive Motion |
| February 28, 2008 | Defendant's Reply to Plaintiff's Opposition |

Respectfully submitted,

/s/ Joseph E. Sandler
Joseph E. Sandler
D.C. Bar # 255919
Sandler Reiff & Young, P.C.
50 E Street, S.E. #300
Washington, D.C. 20003
Tel: (202) 479-1111
Fax: (202) 479-1115

Attorneys for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director
Federal Programs Branch

/s/ Nicholas A. Oldham
Nicholas A. Oldham (D.C. Bar No. 484113)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Mailing Address
P.O. Box 883
Washington, D.C. 20044
Delivery Address
20 Massachusetts Ave., N.W., Rm. 6134
Washington, D.C. 20001
Tel: (202) 514-3367
Fax: (202) 616-8470
nicholas.oldham@usdoj.gov

Attorneys for Defendant

Date: January 11, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 07-712 (ESH) |

## [PROPOSED] ORDER

HAVING CONSIDERED the Parties' Joint Briefing Schedule Statement, it is hereby this ____ day of January 2008, **ORDERED** that:

1. The Defendant shall file its dispositive motion on or before January 24, 2008.

2. The Plaintiff shall file its opposition to Defendant's dispositive motion on or before February 14, 2008.

3. The Defendant shall file its reply to Plaintiff's opposition on or before February 28, 2008.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE