IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 07-712 (ESH) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO
FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant, by undersigned counsel, respectfully moves pursuant to Rule 6 of the Federal Rules of Civil Procedure for a seven-day extension of time through and including March 6, 2008 to file its Reply in Support of Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment. In support of this Motion, Defendant states as follows:

1.      Pursuant to the parties' Joint Briefing Schedule filed on January 11, 2008 (dkt. no. 9) and the Court's January 11, 2008 Minute Order, Defendant filed its Motion for Summary Judgment on January 24, 2008 (dkt. no. 11), and Plaintiff filed its Opposition and Cross-Motion for Summary Judgment on February 14, 2008 (dkt. no. 12). Defendant's Reply and Opposition are due on or before February 28, 2008.

2.      Due to significant scheduling difficulties that were unanticipated at the time the parties set the briefing schedule, undersigned counsel needs an additional seven days to prepare

Defendant's Reply and Opposition and obtain the necessary approval to file the Reply and Opposition.

    3.    Pursuant to Local Rule 7(m), undersigned counsel has conferred with counsel for Plaintiff.  Plaintiff does not oppose the relief requested in this Motion.

Accordingly, Defendant respectfully requests that the Court grant an extension of time through and including Thursday, March 6, 2008 for Defendant to file its Reply and Opposition.

        Respectfully submitted,

Jeffrey S. Bucholtz
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney
Washington, D.C.  20003

ELIZABETH J. SHAPIRO
Assistant Director
Federal Programs Branch

  /s/  Nicholas A. Oldham
Nicholas A. Oldham (D.C. Bar No. 484113)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C.  20044
<u>Delivery Address</u>
20 Massachusetts Ave., N.W., Rm. 6134
Washington, D.C.  20001
Tel: (202) 514-3367
Fax: (202) 616-8470
nicholas.oldham@usdoj.gov

Attorneys for Defendant

Date:  February 26, 2008

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 07-712 (ESH) |

**[PROPOSED] ORDER**

HAVING CONSIDERED Defendant's Unopposed Motion for Extension of Time to File Reply in Support of its Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment, it is hereby this \_\_\_\_ day of February 2008, **ORDERED** that the Defendant shall file its Reply and Opposition on or before March 6, 2008.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE