UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DEMOCRATIC NATIONAL COMMITTEE,**

    **Plaintiff,**

    v.

**UNITED STATES DEPARTMENT OF JUSTICE,**

    **Defendant.**

Civil Action No. 07-712 (ESH)

## ORDER

This matter is before the Court on the parties' cross-motions for summary judgment. For the reasons stated in the Memorandum Opinion that accompanies this Order, it is hereby **ORDERED** that [Dkt. 11] defendant's motion for summary judgment is **GRANTED**; [Dkt. 12] plaintiff's cross motion for summary judgment is **DENIED**; and the above-captioned case is dismissed with prejudice.

                                              /s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

Date: March 27, 2008